UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

KINON SURFACE DESIGN, INC.,

    Plaintiff,

v.
                                  Case No. 9:18-CV-81065

HYATT CORPORATION,

    Defendant.
_____/

**HYATT CORPORATION'S RESPONSE TO PLAINTIFF'S
MOTION FOR A 14-DAY EXTENSION OF TIME TO RESPOND TO HYATT
CORPORATION'S MOTION FOR ATTORNEY'S FEES AND NON-TAXABLE COSTS**

Pursuant to Local Rule 7.1, Defendant, Hyatt Corporation, responds to Plaintiff, Kinon Surface Design, Inc.'s ("Plaintiff"), Motion for a 14-Day Extension of Time to Respond to Hyatt Corporation's Motion for Attorney's Fees and Non-Taxable Costs, [DE 159], and respectfully states:

1. Defense counsel are sensitive to the need to celebrate the Jewish High Holidays (indeed, Mr. Ehrenreich, Ms. Fischman, and Mr. Luck are likewise observant of Rosh Hashanah and Yom Kippur). And, the one-week extension that defense counsel have proposed would fully accommodate celebration of those holidays.

2. In addition, it is our usual practice to agree to extensions, but in this case, good cause supports only a one-week extension to and including October 14, 2019, for Plaintiff to respond to Hyatt Corporation's fees and non-taxable costs motion, [DE 158].

3. Specifically, as defense counsel relayed to Plaintiff's counsel in the attached e-mail correspondence, under Local Rule 7.3, defense counsel served Hyatt Corporation's draft fees-and-costs motion to Plaintiff's counsel on August 23, 2019—1.5 months ago. *See* [Ex. A – 10-04-2019 e-mail correspondence].

4. In addition, on September 23, 2019 (and likewise under Local Rule 7.3), Hyatt Corporation later e-filed its fees-and-costs motion with the Court, [DE 158].

5. Rosh Hashanah ended on October 1, and Yom Kippur ends on October 9. The one-week extension to which Hyatt Corporation has agreed would yield a new deadline of October 14 for Plaintiff to respond to Hyatt Corporation's fees-and-costs motion. That new deadline in no way interferes with the High Holidays and provides ample time for Plaintiff to respond.

6. Indeed, under that proposed October 14 deadline, Plaintiff will have had nearly two months to formulate its response following the August 23 service of Hyatt Corporation's draft fees-and-costs motion, and Plaintiff will also have had 21 days since Hyatt Corporation e-filed its fees-and-costs motion, *see* [DE 158].

7. That is ample time to respond, and good cause does not support a lengthier extension. Plaintiff should receive a one-week extension to and including October 14, 2019, in which to respond to [DE 158].

## CONCLUSION

For these reasons, Hyatt Corporation respectfully requests that the Court deny Plaintiff's 14-day extension and, instead, grant a one-week extension to and including October 14, 2019.

Respectfully submitted,

**Lewis Brisbois Bisgaard & Smith LLP**
JONATHAN D. GOINS (*Pro Hac Vice*)
GA. BAR NO. 738593
jonathan.goins@lewisbrisbois.com
1180 Peachtree Street NE
Suite 2900
Atlanta, GA 30309
Telephone: 404.991.2160
Facsimile: 404.467.8845

**Lewis Brisbois Bisgaard & Smith LLP**
TODD R. EHRENREICH
DAVID L. LUCK
JENNA L. FISCHMAN
2 Alhambra Plaza, Suite 1110
Coral Gables, Florida 33134
Telephone: 786.353.0210
Facsimile: 786.513.2249

BY: */s/ David L. Luck*
    TODD R. EHRENREICH
    FBN 945900

                                        todd.ehrenreich@lewisbrisbois.com
DAVID L. LUCK
FBN 041379
david.luck@lewisbrisbois.com
JENNA L. FISCHMAN
FBN 099400
jenna.fischman@lewisbrisbois.com

*COUNSEL FOR DEFENDANT HYATT CORPORATION*

**CERTIFICATE OF SERVICE**

WE CERTIFY that on this 7th day of October, 2019, the foregoing was filed with the Court's CM/ECF Service.  We also certify that the foregoing document is being served this day on Joel B. Rothman, Esq., Schneider Rothman Intellectual Property Law Group, PLLC, 4651 North Federal Highway, Boca Raton, FL 33431, via transmission of Notices of Electronic filing generated by CM/ECF and via e-mail.

                                        */s/ David L. Luck*
TODD R. EHRENREICH
FBN 945900
JONATHAN D. GOINS
GA. BAR NO. 738593
DAVID L. LUCK
FBN 041379
JENNA L. FISCHMAN
FBN 099400

3