COMPOSITE EXHIBIT A

**Luck, David**

| | |
|---|---|
| **From:** | Luck, David |
| **Sent:** | Monday, September 09, 2019 3:09 PM |
| **To:** | Joel Rothman |
| **Cc:** | Ana Moretto; Craig Wirth; Jamie James; Ehrenreich, Todd; Fischman, Jenna; Perdomo, Jacqueline; Fernandez, Evelin; Ramos, Jetaleen; Goins, Jonathan; Luck, David |
| **Subject:** | Kinon -- Meet and Confer on Fees and Costs Motion |

Joel,

This e-mail will confirm our 3:00 p.m. call that just concluded, during which you objected to entitlement and amount regarding our motion for attorney's fees and non-taxable costs.

Thanks.

Best regards,
David

**From:** Luck, David
**Sent:** Monday, September 09, 2019 2:09 PM
**To:** Joel Rothman
**Cc:** Ana Moretto; Craig Wirth; Jamie James; Ehrenreich, Todd; Fischman, Jenna; Perdomo, Jacqueline; Fernandez, Evelin; jetalee.ramos@lewisbrisbois.com
**Subject:** RE: [EXT] Kinon Surface Design, Inc. v. Hyatt International Corporation, Hyatt International Technical Services, Inc., Hyatt of China Limited, Hyatt International Hotel Management (Beijing) Co., Ltd., China Resources (Dalian) Co., Ltd., Shiji (US) Inc., L

Sounds good.

We'll call you at 3.

Thanks, Joel.

**From:** Joel Rothman <joel@sriplaw.com>
**Date:** September 9, 2019 at 1:54:26 PM EDT
**To:** Luck, David <David.Luck@lewisbrisbois.com>
**Cc:** Ana Moretto <ana.moretto@sriplaw.com>, Craig Wirth <craig.wirth@sriplaw.com>, Jamie James <jamie.james@sriplaw.com>, Ehrenreich, Todd <Todd.Ehrenreich@lewisbrisbois.com>, Fischman, Jenna <Jenna.Fischman@lewisbrisbois.com>, Perdomo, Jacqueline <Jacqueline.Perdomo@lewisbrisbois.com>, Fernandez, Evelin <Evelin.Fernandez@lewisbrisbois.com>, jetalee.ramos@lewisbrisbois.com <jetalee.ramos@lewisbrisbois.com>
**Subject:** RE: [EXT] Kinon Surface Design, Inc. v. Hyatt International Corporation, Hyatt International Technical Services, Inc., Hyatt of China Limited, Hyatt International Hotel Management (Beijing) Co., Ltd., China Resources (Dalian) Co., Ltd., Shiji (US) Inc., L

David, Sorry about the timing issue.  You can call me directly at 3pm if you like.



**Los Angeles | Florida | New York**

**Joel B. Rothman**

Board Certified in Intellectual Property Law

21301 Powerline Road, Suite 100

Boca Raton, Florida 33433

Main: (561) 404-4350

Direct: (561) 404-4335

Mobile: (561) 504-3902

joel.rothman@sriplaw.com

**www.sriplaw.com**

Admitted to Practice in: Florida, New York, Georgia; SCT, CA11, CAFC, CA5, CA9, CA2, CA10; and the following federal districts: FLSD, FLMD, FLND, GAND, GASD, GAMD, NYSD, NYED, NYND, NYWD, MIED, MIWD, WIWD, ILND, ILSD, TNWD, ARED, ARWD, TXSD, TXND, TXWD, TXED, COD, DCD, CClaims, and the VA.

---

**From:** Luck, David <David.Luck@lewisbrisbois.com>
**Sent:** Monday, September 9, 2019 1:13 PM
**To:** Joel Rothman <joel@sriplaw.com>; Jamie James <jamie.james@sriplaw.com>; Ehrenreich, Todd <Todd.Ehrenreich@lewisbrisbois.com>; Fischman, Jenna <Jenna.Fischman@lewisbrisbois.com>; Perdomo, Jacqueline <Jacqueline.Perdomo@lewisbrisbois.com>; Fernandez, Evelin <Evelin.Fernandez@lewisbrisbois.com>; jetalee.ramos@lewisbrisbois.com
**Cc:** Ana Moretto <ana.moretto@sriplaw.com>; Craig Wirth <craig.wirth@sriplaw.com>; Luck, David <David.Luck@lewisbrisbois.com>
**Subject:** RE: [EXT] Kinon Surface Design, Inc. v. Hyatt International Corporation, Hyatt International Technical Services, Inc., Hyatt of China Limited, Hyatt International Hotel Management (Beijing) Co., Ltd., China Resources (Dalian) Co., Ltd., Shiji (US) Inc., L

Any availability for a call for later today?

I am in court tomorrow morning in Broward for motion calendar.  That eats my morning, and then I have to drive back to Miami.

I'd like to just knock out this meet and confer.  Thank you.

Best regards,
David



**David L. Luck**
Partner
David.Luck@lewisbrisbois.com

**T: 786.725.3250  F: 786.513.2249**

The Alhambra
2 Alhambra Plaza, Suite 1110, Coral Gables, FL 33134  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Jamie James [mailto:jamie.james@sriplaw.com]
**Sent:** Monday, September 09, 2019 1:02 PM
**To:** Luck, David; Ehrenreich, Todd; Fischman, Jenna; Perdomo, Jacqueline; Fernandez, Evelin; jetalee.ramos@lewisbrisbois.com
**Cc:** Joel Rothman
**Subject:** [EXT] Kinon Surface Design, Inc. v. Hyatt International Corporation, Hyatt International Technical Services, Inc., Hyatt of China Limited, Hyatt International Hotel Management (Beijing) Co., Ltd., China Resources (Dalian) Co., Ltd., Shiji (US) Inc., Le...

External Email

Counsel,

I left Mr. Luck a message a moment ago.  We need to reschedule the call to tomorrow.

Thank you.

Jamie



**Jamie Christine James**
Paralegal
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
Direct: 561.990.3534
Office:  561.404.4350
Email:  jamie.james@sriplaw.com
www.sriplaw.com

## Luck, David

| | |
|---|---|
| **From:** | Luck, David |
| **Sent:** | Tuesday, September 03, 2019 6:54 AM |
| **To:** | 'Joel Rothman'; Ana Moretto; Jamie James; Craig Wirth |
| **Cc:** | Ehrenreich, Todd; Goins, Jonathan; Fischman, Jenna; Perdomo, Jacqueline; Ramos, Jetaleen; Simon, Danielle; Rose, John; Luck, David |
| **Subject:** | RE: SERVICE OF COURT DOCUMENT -- Kinon v. Hyatt Corp., Case No. 18-cv-81065 -- Hyatt Corp.'s Draft Fees and Non-Taxable Costs Motion |

Joel,

On or before Friday, September 13, 2019, the parties must meet and confer in good faith regarding Hyatt Corporation's forthcoming motion for attorney's fees and non-taxable costs.

As part of that process, under Local Rule 7.3(b), you are required to provide us "in writing and with reasonable particularity each time entry or nontaxable expense to which [Kinon] objects, both as to issues of entitlement and as to amount, and shall provide supporting legal authority."

Please provide us with that written list. Thank you.

Best regards,
David

---

**From:** Luck, David
**Sent:** Friday, August 23, 2019 11:42 PM
**To:** 'Joel Rothman'; Ana Moretto; Jamie James; Craig Wirth
**Cc:** Ehrenreich, Todd; Goins, Jonathan; Fischman, Jenna; Perdomo, Jacqueline; Ramos, Jetaleen; Simon, Danielle; Rose, John; Luck, David
**Subject:** RE: SERVICE OF COURT DOCUMENT -- Kinon v. Hyatt Corp., Case No. 18-cv-81065 -- Hyatt Corp.'s Draft Fees and Non-Taxable Costs Motion

---

**From:** Luck, David
**Sent:** Friday, August 23, 2019 11:42 PM
**To:** 'Joel Rothman'; Ana Moretto; Jamie James; Craig Wirth
**Cc:** Ehrenreich, Todd; Goins, Jonathan; Fischman, Jenna; Perdomo, Jacqueline; Ramos, Jetaleen; Simon, Danielle; Rose, John; Luck, David
**Subject:** RE: SERVICE OF COURT DOCUMENT -- Kinon v. Hyatt Corp., Case No. 18-cv-81065 -- Hyatt Corp.'s Draft Fees and Non-Taxable Costs Motion

---

**From:** Luck, David
**Sent:** Friday, August 23, 2019 11:41 PM

**To:** 'Joel Rothman'; Ana Moretto; Jamie James; Craig Wirth
**Cc:** Ehrenreich, Todd; Goins, Jonathan; Fischman, Jenna; Perdomo, Jacqueline; Ramos, Jetaleen; Simon, Danielle; Rose, John; Luck, David
**Subject:** RE: SERVICE OF COURT DOCUMENT -- Kinon v. Hyatt Corp., Case No. 18-cv-81065 -- Hyatt Corp.'s Draft Fees and Non-Taxable Costs Motion

---

**From:** Luck, David
**Sent:** Friday, August 23, 2019 11:41 PM
**To:** 'Joel Rothman'; Ana Moretto; Jamie James; Craig Wirth
**Cc:** Ehrenreich, Todd; Goins, Jonathan; Fischman, Jenna; Perdomo, Jacqueline; Ramos, Jetaleen; Simon, Danielle; Rose, John; Luck, David
**Subject:** RE: SERVICE OF COURT DOCUMENT -- Kinon v. Hyatt Corp., Case No. 18-cv-81065 -- Hyatt Corp.'s Draft Fees and Non-Taxable Costs Motion

---

**From:** Luck, David
**Sent:** Friday, August 23, 2019 11:40 PM
**To:** 'Joel Rothman'; Ana Moretto; Jamie James; Craig Wirth
**Cc:** Ehrenreich, Todd; Goins, Jonathan; Fischman, Jenna; Perdomo, Jacqueline; Ramos, Jetaleen; Simon, Danielle; Rose, John; Luck, David
**Subject:** RE: SERVICE OF COURT DOCUMENT -- Kinon v. Hyatt Corp., Case No. 18-cv-81065 -- Hyatt Corp.'s Draft Fees and Non-Taxable Costs Motion

---

**From:** Luck, David
**Sent:** Friday, August 23, 2019 11:40 PM
**To:** 'Joel Rothman'; Ana Moretto; Jamie James; Craig Wirth
**Cc:** Ehrenreich, Todd; Goins, Jonathan; Fischman, Jenna; Perdomo, Jacqueline; Ramos, Jetaleen; Simon, Danielle; Rose, John; Luck, David
**Subject:** RE: SERVICE OF COURT DOCUMENT -- Kinon v. Hyatt Corp., Case No. 18-cv-81065 -- Hyatt Corp.'s Draft Fees and Non-Taxable Costs Motion

---

**From:** Luck, David
**Sent:** Friday, August 23, 2019 11:39 PM
**To:** 'Joel Rothman'; Ana Moretto; Jamie James; Craig Wirth
**Cc:** Ehrenreich, Todd; Goins, Jonathan; Fischman, Jenna; Perdomo, Jacqueline; Ramos, Jetaleen; Simon, Danielle; Rose, John; Luck, David
**Subject:** RE: SERVICE OF COURT DOCUMENT -- Kinon v. Hyatt Corp., Case No. 18-cv-81065 -- Hyatt Corp.'s Draft Fees and Non-Taxable Costs Motion

---

**From:** Luck, David
**Sent:** Friday, August 23, 2019 11:38 PM
**To:** 'Joel Rothman'; Ana Moretto; Jamie James; Craig Wirth
**Cc:** Ehrenreich, Todd; Goins, Jonathan; Fischman, Jenna; Perdomo, Jacqueline; Ramos, Jetaleen; Simon, Danielle; Rose, John
**Subject:** RE: SERVICE OF COURT DOCUMENT -- Kinon v. Hyatt Corp., Case No. 18-cv-81065 -- Hyatt Corp.'s Draft Fees and Non-Taxable Costs Motion

Due to the size of the initial attachment (which caused bounce backs of my initial service e-mail), I am following up with additional service e-mails that separately attach each component part of our draft verified motion for fees and non-taxable costs.

These will include the Motion and its six attachments. Thank you.

**From:** Luck, David
**Sent:** Friday, August 23, 2019 11:34 PM
**To:** 'Joel Rothman'; Ana Moretto; Jamie James; Craig Wirth
**Cc:** Ehrenreich, Todd; Goins, Jonathan; Fischman, Jenna; Perdomo, Jacqueline; Ramos, Jetaleen; Simon, Danielle; Rose, John; Luck, David
**Subject:** SERVICE OF COURT DOCUMENT -- Kinon v. Hyatt Corp., Case No. 18-cv-81065 -- Hyatt Corp.'s Draft Fees and Non-Taxable Costs Motion

Pursuant to Local Rule 7.3, attached, please find Hyatt Corporation's draft Motion for Attorney's Fees and Non-Taxable Costs.

| Court in which proceeding is pending: | United States District Court, Southern District of Florida |
|---|---|
| Case Number: | 9:18-CV-81065 |
| Case Style: | Kinon Surface Design, Inc. v. Hyatt Corporation |
| Title of each documents served: | **DEFENDANT HYATT CORPORATION'S DRAFT VERIFIED MOTION FOR ATTORNEY'S FEES AND NON-TAXABLE COSTS** |
| Sender's name & telephone Number: | David L. Luck, Esq.<br>**786.725.3250** |
| Sender's Email Address: | david.luck@lewisbrisbois.com |



**David L. Luck**
Partner
**David.Luck@lewisbrisbois.com**

**T: 786.725.3250  F: 786.513.2249**

The Alhambra
2 Alhambra Plaza, Suite 1110, Coral Gables, FL 33134  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

## Luck, David

| | |
|---|---|
| **From:** | Luck, David |
| **Sent:** | Wednesday, September 04, 2019 4:51 PM |
| **To:** | 'Joel Rothman' |
| **Cc:** | Ehrenreich, Todd; Goins, Jonathan; Fischman, Jenna; Rose, John; Perdomo, Jacqueline; Ramos, Jetaleen; Simon, Danielle; Jamie James; Craig Wirth |
| **Subject:** | RE: [EXT] RE: Kinon v. Hyatt Corp. -- Meet and Confer re Bill of Costs |

Joel,

We are fine with a call for next Monday, Sept. 9, at 1:00 p.m. EST regarding our motion for attorney's fees and non-taxable costs.

We will circulate a call-in calendar invite.

Thank you.

Best regards,
David

**From:** Joel Rothman [mailto:joel@sriplaw.com]
**Sent:** Tuesday, September 03, 2019 6:57 PM
**To:** Fischman, Jenna
**Cc:** Luck, David; Ehrenreich, Todd; Goins, Jonathan; Rose, John; Perdomo, Jacqueline; Ramos, Jetaleen; Simon, Danielle; Jamie James; Craig Wirth
**Subject:** RE: [EXT] RE: Kinon v. Hyatt Corp. -- Meet and Confer re Bill of Costs

My out of office email should have alerted you to my situation not to mention the fact that the federal courts in PBC where my office is are closed.  In any case go ahead and tell the court we do not agree on costs.  On your fees motion, I will be back in the office on Monday and available to discuss the matter by telephone.  Please suggest a time for a call Monday.



**Los Angeles | Florida | New York**

**Joel B. Rothman**
Board Certified in Intellectual Property Law
21301 Powerline Road, Suite 100
Boca Raton, Florida 33433
Main: (561) 404-4350
Direct: (561) 404-4335
Mobile: (561) 504-3902

joel.rothman@sriplaw.com
**www.sriplaw.com**
Admitted to Practice in: Florida, New York, Georgia; SCT, CA11, CAFC, CA5, CA9, CA2, CA10; and the following federal districts: FLSD, FLMD, FLND, GAND, GASD, GAMD, NYSD, NYED, NYND, NYWD, MIED, MIWD, WIWD, ILND, ILSD, TNWD, ARED, ARWD, TXSD, TXND, TXWD, TXED, COD, DCD, CClaims, and the VA.

**From:** Fischman, Jenna <Jenna.Fischman@lewisbrisbois.com>
**Sent:** Wednesday, September 4, 2019 1:40 AM
**To:** Joel Rothman <joel@sriplaw.com>
**Cc:** Luck, David <David.Luck@lewisbrisbois.com>; Ehrenreich, Todd <Todd.Ehrenreich@lewisbrisbois.com>; Goins, Jonathan <Jonathan.Goins@lewisbrisbois.com>; Rose, John <John.Rose@lewisbrisbois.com>; Perdomo, Jacqueline <Jacqueline.Perdomo@lewisbrisbois.com>; Ramos, Jetaleen <Jetaleen.Ramos@lewisbrisbois.com>; Simon, Danielle <Danielle.Simon@lewisbrisbois.com>; Jamie James <jamie.james@sriplaw.com>; Craig Wirth <craig.wirth@sriplaw.com>
**Subject:** RE: [EXT] RE: Kinon v. Hyatt Corp. -- Meet and Confer re Bill of Costs

Hi Joel,

I left you two voicemails today (on your work phone and also on your cell phone) regarding your position on the bill of costs that Hyatt Corporation has filed. We originally attempted to meet-and-confer with you on August 23rd (11 days ago).

We will file an update as to your position tomorrow with the Court. If we do not hear from you, then we will have no choice but to inform the Court that you refuse to tell us your position regarding the bill of costs, despite our numerous attempts to get in touch with you both over the phone and through email.

Kind Regards,
Jenna



Jenna L. Fischman
**Attorney**
**Jenna.Fischman@lewisbrisbois.com**

**T: 786.725.3255  F: 786.513.2249**

The Alhambra
2 Alhambra Plaza, Suite 1110, Coral Gables, FL 33134  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Luck, David
**Sent:** Tuesday, September 03, 2019 6:43 AM
**To:** 'Joel Rothman'
**Cc:** Ehrenreich, Todd; Goins, Jonathan; Fischman, Jenna; Rose, John; Perdomo, Jacqueline; Ramos, Jetaleen; Simon, Danielle; Jamie James; Craig Wirth
**Subject:** RE: [EXT] RE: Kinon v. Hyatt Corp. -- Meet and Confer re Bill of Costs

Joel,

I am following up on your position as our bill of costs.

Please let us know.

Thank you.

Best regards,
David

**From:** Joel Rothman [mailto:joel@sriplaw.com]
**Sent:** Monday, August 26, 2019 9:44 AM
**To:** Luck, David
**Cc:** Ehrenreich, Todd; Goins, Jonathan; Fischman, Jenna; Rose, John; Perdomo, Jacqueline; Ramos, Jetaleen; Simon, Danielle; Jamie James; Craig Wirth
**Subject:** RE: [EXT] RE: Kinon v. Hyatt Corp. -- Meet and Confer re Bill of Costs

I am taking my wife to the airport this morning and will not be able to look at it until about noon.

The motion and attachments total 21 pages.



**Los Angeles | Florida | New York**
**Joel B. Rothman**
Board Certified in Intellectual Property Law
21301 Powerline Road, Suite 100
Boca Raton, Florida 33433
Main: (561) 404-4350
Direct: (561) 404-4335
Mobile: (561) 504-3902
joel.rothman@sriplaw.com
**www.sriplaw.com**

Admitted to Practice in: Florida, New York, Georgia; SCT, CA11, CAFC, CA5, CA9, CA2, CA10; and the following federal districts: FLSD, FLMD, FLND, GAND, GASD, GAMD, NYSD, NYED, NYND, NYWD, MIED, MIWD, WIWD, ILND, ILSD, TNWD, ARED, ARWD, TXSD, TXND, TXWD, TXED, COD, DCD, CClaims, and the VA.

**From:** Luck, David <David.Luck@lewisbrisbois.com>
**Sent:** Monday, August 26, 2019 9:41 AM
**To:** Joel Rothman <joel@sriplaw.com>
**Cc:** Ehrenreich, Todd <Todd.Ehrenreich@lewisbrisbois.com>; Goins, Jonathan <Jonathan.Goins@lewisbrisbois.com>; Fischman, Jenna <Jenna.Fischman@lewisbrisbois.com>; Rose, John <John.Rose@lewisbrisbois.com>; Perdomo, Jacqueline <Jacqueline.Perdomo@lewisbrisbois.com>; Ramos, Jetaleen <Jetaleen.Ramos@lewisbrisbois.com>; Simon, Danielle <Danielle.Simon@lewisbrisbois.com>; Jamie James <jamie.james@sriplaw.com>; Craig Wirth

<craig.wirth@sriplaw.com>
**Subject:** RE: [EXT] RE: Kinon v. Hyatt Corp. -- Meet and Confer re Bill of Costs

Joel,

Rather than write me additional emails, why don't you look at the costs items we included in our bill of costs.

It's also not 30 pages.  You are confusing our fees motion with our bill of costs. A bill of costs memorandum is limited to 10 pages by local rule.

Two distinct filings.  Please take a look at Local Rule 7.3 and our bill of costs. It's quite short.

Thank you.

Best regards,
David

---

**From:** Joel Rothman <joel@sriplaw.com>
**Date:** August 26, 2019 at 9:37:06 AM EDT
**To:** Luck, David <David.Luck@lewisbrisbois.com>
**Cc:** Ehrenreich, Todd <Todd.Ehrenreich@lewisbrisbois.com>, Goins, Jonathan <Jonathan.Goins@lewisbrisbois.com>, Fischman, Jenna <Jenna.Fischman@lewisbrisbois.com>, Rose, John <John.Rose@lewisbrisbois.com>, Perdomo, Jacqueline <Jacqueline.Perdomo@lewisbrisbois.com>, Ramos, Jetaleen <Jetaleen.Ramos@lewisbrisbois.com>, Simon, Danielle <Danielle.Simon@lewisbrisbois.com>, Jamie James <jamie.james@sriplaw.com>, Craig Wirth <craig.wirth@sriplaw.com>
**Subject:** RE: [EXT] RE: Kinon v. Hyatt Corp. -- Meet and Confer re Bill of Costs

Good luck with the birth of your child!

If it is such a simple bill of costs why is it 21 pages long and why did it take you 30 days to prepare it?



**Los Angeles | Florida | New York**
**Joel B. Rothman**
Board Certified in Intellectual Property Law
21301 Powerline Road, Suite 100
Boca Raton, Florida 33433
Main: (561) 404-4350
Direct: (561) 404-4335
Mobile: (561) 504-3902
joel.rothman@sriplaw.com
**www.sriplaw.com**
Admitted to Practice in: Florida, New York, Georgia; SCT, CA11, CAFC, CA5, CA9, CA2, CA10; and the following federal districts: FLSD, FLMD, FLND, GAND, GASD, GAMD, NYSD, NYED, NYND, NYWD, MIED, MIWD, WIWD, ILND, ILSD, TNWD, ARED, ARWD, TXSD, TXND, TXWD, TXED, COD, DCD, CClaims, and the VA.

**From:** Luck, David <David.Luck@lewisbrisbois.com>
**Sent:** Monday, August 26, 2019 9:32 AM
**To:** Joel Rothman <joel@sriplaw.com>
**Cc:** Ehrenreich, Todd <Todd.Ehrenreich@lewisbrisbois.com>; Goins, Jonathan <Jonathan.Goins@lewisbrisbois.com>; Fischman, Jenna <Jenna.Fischman@lewisbrisbois.com>; Rose, John <John.Rose@lewisbrisbois.com>; Perdomo, Jacqueline <Jacqueline.Perdomo@lewisbrisbois.com>; Ramos, Jetaleen <Jetaleen.Ramos@lewisbrisbois.com>; Simon, Danielle <Danielle.Simon@lewisbrisbois.com>; Jamie James <jamie.james@sriplaw.com>; Craig Wirth <craig.wirth@sriplaw.com>
**Subject:** Re: [EXT] RE: Kinon v. Hyatt Corp. -- Meet and Confer re Bill of Costs

Thank you. It's a simple bill of costs with very few items included.

My wife will likely be induced this afternoon, and I am leaving the office at 1 pm with her.

Please let us know your position.

Thank you.

Best regards,
David

---

**From:** Joel Rothman <joel@sriplaw.com>
**Date:** August 26, 2019 at 9:27:11 AM EDT
**To:** Luck, David <David.Luck@lewisbrisbois.com>
**Cc:** Ehrenreich, Todd <Todd.Ehrenreich@lewisbrisbois.com>, Goins, Jonathan <Jonathan.Goins@lewisbrisbois.com>, Fischman, Jenna <Jenna.Fischman@lewisbrisbois.com>, Rose, John <John.Rose@lewisbrisbois.com>, Perdomo, Jacqueline <Jacqueline.Perdomo@lewisbrisbois.com>, Ramos, Jetaleen <Jetaleen.Ramos@lewisbrisbois.com>, Simon, Danielle <Danielle.Simon@lewisbrisbois.com>, Jamie James <jamie.james@sriplaw.com>, Craig Wirth <craig.wirth@sriplaw.com>
**Subject:** [EXT] RE: Kinon v. Hyatt Corp. -- Meet and Confer re Bill of Costs

External Email

David,

You sent the motion after 5pm Friday. You sent your follow up email before 9am Monday. We will review this today and revert to you later on.

Joel



**Los Angeles | Florida | New York**
**Joel B. Rothman**
Board Certified in Intellectual Property Law
21301 Powerline Road, Suite 100
Boca Raton, Florida 33433

Main: (561) 404-4350
Direct: (561) 404-4335
Mobile: (561) 504-3902
joel.rothman@sriplaw.com
**www.sriplaw.com**
Admitted to Practice in: Florida, New York, Georgia; SCT, CA11, CAFC, CA5, CA9, CA2, CA10; and the following federal districts: FLSD, FLMD, FLND, GAND, GASD, GAMD, NYSD, NYED, NYND, NYWD, MIED, MIWD, WIWD, ILND, ILSD, TNWD, ARED, ARWD, TXSD, TXND, TXWD, TXED, COD, DCD, CClaims, and the VA.

**From:** Luck, David <David.Luck@lewisbrisbois.com>
**Sent:** Monday, August 26, 2019 8:36 AM
**To:** Luck, David <David.Luck@lewisbrisbois.com>; Joel Rothman <joel@sriplaw.com>; Ana Moretto <ana.moretto@sriplaw.com>; Jamie James <jamie.james@sriplaw.com>; Craig Wirth <craig.wirth@sriplaw.com>
**Cc:** Ehrenreich, Todd <Todd.Ehrenreich@lewisbrisbois.com>; Goins, Jonathan <Jonathan.Goins@lewisbrisbois.com>; Fischman, Jenna <Jenna.Fischman@lewisbrisbois.com>; Rose, John <John.Rose@lewisbrisbois.com>; Perdomo, Jacqueline <Jacqueline.Perdomo@lewisbrisbois.com>; Ramos, Jetaleen <Jetaleen.Ramos@lewisbrisbois.com>; Simon, Danielle <Danielle.Simon@lewisbrisbois.com>
**Subject:** Re: Kinon v. Hyatt Corp. -- Meet and Confer re Bill of Costs

Joel,

Following up on my email below.

Please let us know your position.

Thank you.

Best regards,
David

---

**From:** Luck, David <David.Luck@lewisbrisbois.com>
**Date:** August 23, 2019 at 5:53:13 PM EDT
**To:** 'Joel Rothman' <joel@sriplaw.com>, Ana Moretto <ana.moretto@sriplaw.com>, Jamie James <jamie.james@sriplaw.com>, Craig Wirth <craig.wirth@sriplaw.com>
**Cc:** Ehrenreich, Todd <Todd.Ehrenreich@lewisbrisbois.com>, Goins, Jonathan <Jonathan.Goins@lewisbrisbois.com>, Fischman, Jenna <Jenna.Fischman@lewisbrisbois.com>, Rose, John <John.Rose@lewisbrisbois.com>, Perdomo, Jacqueline <Jacqueline.Perdomo@lewisbrisbois.com>, Ramos, Jetaleen <Jetaleen.Ramos@lewisbrisbois.com>, Simon, Danielle <Danielle.Simon@lewisbrisbois.com>, Luck, David <David.Luck@lewisbrisbois.com>
**Subject:** Kinon v. Hyatt Corp. -- Meet and Confer re Bill of Costs

Joel,

Please let us know whether you agree to any or all costs items included in our attached Bill of Costs and supporting Memorandum.

Also, if you have any objections to a particular costs item, please specify them.

Thank you.

Best regards,
David



**David L. Luck**
Partner
David.Luck@lewisbrisbois.com

**T: 786.725.3250  F: 786.513.2249**

The Alhambra
2 Alhambra Plaza, Suite 1110, Coral Gables, FL 33134  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

## Luck, David

| | |
|---|---|
| **From:** | Luck, David |
| **Sent:** | Monday, September 09, 2019 1:02 PM |
| **To:** | 'Joel Rothman' |
| **Cc:** | Ehrenreich, Todd; Goins, Jonathan; Fischman, Jenna; Rose, John; Perdomo, Jacqueline; Ramos, Jetaleen; Simon, Danielle; Jamie James; Craig Wirth |
| **Subject:** | RE: [EXT] RE: Kinon v. Hyatt Corp. -- Meet and Confer re Bill of Costs |

We are on the call-in line now (please see the calendar invite for directions).

Just waiting for Plaintiff's counsel. THX.

Best regards,
David

**From:** Luck, David
**Sent:** Wednesday, September 04, 2019 4:51 PM
**To:** 'Joel Rothman'
**Cc:** Ehrenreich, Todd; Goins, Jonathan; Fischman, Jenna; Rose, John; Perdomo, Jacqueline; Ramos, Jetaleen; Simon, Danielle; Jamie James; Craig Wirth
**Subject:** RE: [EXT] RE: Kinon v. Hyatt Corp. -- Meet and Confer re Bill of Costs

Joel,

We are fine with a call for next Monday, Sept. 9, at 1:00 p.m. EST regarding our motion for attorney's fees and non-taxable costs.

We will circulate a call-in calendar invite.

Thank you.

Best regards,
David

**From:** Joel Rothman [mailto:joel@sriplaw.com]
**Sent:** Tuesday, September 03, 2019 6:57 PM
**To:** Fischman, Jenna
**Cc:** Luck, David; Ehrenreich, Todd; Goins, Jonathan; Rose, John; Perdomo, Jacqueline; Ramos, Jetaleen; Simon, Danielle; Jamie James; Craig Wirth
**Subject:** RE: [EXT] RE: Kinon v. Hyatt Corp. -- Meet and Confer re Bill of Costs

My out of office email should have alerted you to my situation not to mention the fact that the federal courts in PBC where my office is are closed. In any case go ahead and tell the court we do not agree on costs. On your fees motion, I will be back in the office on Monday and available to discuss the matter by telephone. Please suggest a time for a call Monday.



**Los Angeles | Florida | New York**

**Joel B. Rothman**

Board Certified in Intellectual Property Law

21301 Powerline Road, Suite 100

Boca Raton, Florida 33433

Main: (561) 404-4350

Direct: (561) 404-4335

Mobile: (561) 504-3902

joel.rothman@sriplaw.com

**www.sriplaw.com**

Admitted to Practice in: Florida, New York, Georgia; SCT, CA11, CAFC, CA5, CA9, CA2, CA10; and the following federal districts: FLSD, FLMD, FLND, GAND, GASD, GAMD, NYSD, NYED, NYND, NYWD, MIED, MIWD, WIWD, ILND, ILSD, TNWD, ARED, ARWD, TXSD, TXND, TXWD, TXED, COD, DCD, CClaims, and the VA.

---

**From:** Fischman, Jenna <Jenna.Fischman@lewisbrisbois.com>
**Sent:** Wednesday, September 4, 2019 1:40 AM
**To:** Joel Rothman <joel@sriplaw.com>
**Cc:** Luck, David <David.Luck@lewisbrisbois.com>; Ehrenreich, Todd <Todd.Ehrenreich@lewisbrisbois.com>; Goins, Jonathan <Jonathan.Goins@lewisbrisbois.com>; Rose, John <John.Rose@lewisbrisbois.com>; Perdomo, Jacqueline <Jacqueline.Perdomo@lewisbrisbois.com>; Ramos, Jetaleen <Jetaleen.Ramos@lewisbrisbois.com>; Simon, Danielle <Danielle.Simon@lewisbrisbois.com>; Jamie James <jamie.james@sriplaw.com>; Craig Wirth <craig.wirth@sriplaw.com>
**Subject:** RE: [EXT] RE: Kinon v. Hyatt Corp. -- Meet and Confer re Bill of Costs

Hi Joel,

I left you two voicemails today (on your work phone and also on your cell phone) regarding your position on the bill of costs that Hyatt Corporation has filed. We originally attempted to meet-and-confer with you on August 23rd (11 days ago).

We will file an update as to your position tomorrow with the Court. If we do not hear from you, then we will have no choice but to inform the Court that you refuse to tell us your position regarding the bill of costs, despite our numerous attempts to get in touch with you both over the phone and through email.

Kind Regards,
Jenna



**Jenna L. Fischman**
**Attorney**
**Jenna.Fischman@lewisbrisbois.com**

**T: 786.725.3255  F: 786.513.2249**

The Alhambra

2 Alhambra Plaza, Suite 1110, Coral Gables, FL 33134 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Luck, David
**Sent:** Tuesday, September 03, 2019 6:43 AM
**To:** 'Joel Rothman'
**Cc:** Ehrenreich, Todd; Goins, Jonathan; Fischman, Jenna; Rose, John; Perdomo, Jacqueline; Ramos, Jetaleen; Simon, Danielle; Jamie James; Craig Wirth
**Subject:** RE: [EXT] RE: Kinon v. Hyatt Corp. -- Meet and Confer re Bill of Costs

Joel,

I am following up on your position as our bill of costs.

Please let us know.

Thank you.

Best regards,
David

**From:** Joel Rothman [mailto:joel@sriplaw.com]
**Sent:** Monday, August 26, 2019 9:44 AM
**To:** Luck, David
**Cc:** Ehrenreich, Todd; Goins, Jonathan; Fischman, Jenna; Rose, John; Perdomo, Jacqueline; Ramos, Jetaleen; Simon, Danielle; Jamie James; Craig Wirth
**Subject:** RE: [EXT] RE: Kinon v. Hyatt Corp. -- Meet and Confer re Bill of Costs

I am taking my wife to the airport this morning and will not be able to look at it until about noon.

The motion and attachments total 21 pages.



**Los Angeles | Florida | New York**
**Joel B. Rothman**
Board Certified in Intellectual Property Law
21301 Powerline Road, Suite 100
Boca Raton, Florida 33433
Main: (561) 404-4350
Direct: (561) 404-4335
Mobile: (561) 504-3902
joel.rothman@sriplaw.com

3

**www.sriplaw.com**

Admitted to Practice in: Florida, New York, Georgia; SCT, CA11, CAFC, CA5, CA9, CA2, CA10; and the following federal districts: FLSD, FLMD, FLND, GAND, GASD, GAMD, NYSD, NYED, NYND, NYWD, MIED, MIWD, WIWD, ILND, ILSD, TNWD, ARED, ARWD, TXSD, TXND, TXWD, TXED, COD, DCD, CClaims, and the VA.

---

**From:** Luck, David <David.Luck@lewisbrisbois.com>
**Sent:** Monday, August 26, 2019 9:41 AM
**To:** Joel Rothman <joel@sriplaw.com>
**Cc:** Ehrenreich, Todd <Todd.Ehrenreich@lewisbrisbois.com>; Goins, Jonathan <Jonathan.Goins@lewisbrisbois.com>; Fischman, Jenna <Jenna.Fischman@lewisbrisbois.com>; Rose, John <John.Rose@lewisbrisbois.com>; Perdomo, Jacqueline <Jacqueline.Perdomo@lewisbrisbois.com>; Ramos, Jetaleen <Jetaleen.Ramos@lewisbrisbois.com>; Simon, Danielle <Danielle.Simon@lewisbrisbois.com>; Jamie James <jamie.james@sriplaw.com>; Craig Wirth <craig.wirth@sriplaw.com>
**Subject:** RE: [EXT] RE: Kinon v. Hyatt Corp. -- Meet and Confer re Bill of Costs

Joel,

Rather than write me additional emails, why don't you look at the costs items we included in our bill of costs.

It's also not 30 pages. You are confusing our fees motion with our bill of costs. A bill of costs memorandum is limited to 10 pages by local rule.

Two distinct filings. Please take a look at Local Rule 7.3 and our bill of costs. It's quite short.

Thank you.

Best regards,
David

---

**From:** Joel Rothman <joel@sriplaw.com>
**Date:** August 26, 2019 at 9:37:06 AM EDT
**To:** Luck, David <David.Luck@lewisbrisbois.com>
**Cc:** Ehrenreich, Todd <Todd.Ehrenreich@lewisbrisbois.com>, Goins, Jonathan <Jonathan.Goins@lewisbrisbois.com>, Fischman, Jenna <Jenna.Fischman@lewisbrisbois.com>, Rose, John <John.Rose@lewisbrisbois.com>, Perdomo, Jacqueline <Jacqueline.Perdomo@lewisbrisbois.com>, Ramos, Jetaleen <Jetaleen.Ramos@lewisbrisbois.com>, Simon, Danielle <Danielle.Simon@lewisbrisbois.com>, Jamie James <jamie.james@sriplaw.com>, Craig Wirth <craig.wirth@sriplaw.com>
**Subject:** RE: [EXT] RE: Kinon v. Hyatt Corp. -- Meet and Confer re Bill of Costs

Good luck with the birth of your child!

If it is such a simple bill of costs why is it 21 pages long and why did it take you 30 days to prepare it?



**Los Angeles | Florida | New York**
Joel B. Rothman

Board Certified in Intellectual Property Law
21301 Powerline Road, Suite 100
Boca Raton, Florida 33433
Main: (561) 404-4350
Direct: (561) 404-4335
Mobile: (561) 504-3902
joel.rothman@sriplaw.com
**www.sriplaw.com**
Admitted to Practice in: Florida, New York, Georgia; SCT, CA11, CAFC, CA5, CA9, CA2, CA10; and the following federal districts: FLSD, FLMD, FLND,
GAND, GASD, GAMD, NYSD, NYED, NYND, NYWD, MIED, MIWD, WIWD, ILND, ILSD, TNWD, ARED, ARWD, TXSD, TXND, TXWD, TXED, COD,
DCD, CClaims, and the VA.

---

**From:** Luck, David <David.Luck@lewisbrisbois.com>
**Sent:** Monday, August 26, 2019 9:32 AM
**To:** Joel Rothman <joel@sriplaw.com>
**Cc:** Ehrenreich, Todd <Todd.Ehrenreich@lewisbrisbois.com>; Goins, Jonathan <Jonathan.Goins@lewisbrisbois.com>;
Fischman, Jenna <Jenna.Fischman@lewisbrisbois.com>; Rose, John <John.Rose@lewisbrisbois.com>; Perdomo,
Jacqueline <Jacqueline.Perdomo@lewisbrisbois.com>; Ramos, Jetaleen <Jetaleen.Ramos@lewisbrisbois.com>; Simon,
Danielle <Danielle.Simon@lewisbrisbois.com>; Jamie James <jamie.james@sriplaw.com>; Craig Wirth
<craig.wirth@sriplaw.com>
**Subject:** Re: [EXT] RE: Kinon v. Hyatt Corp. -- Meet and Confer re Bill of Costs

Thank you.  It's a simple bill of costs with very few items included.

My wife will likely be induced this afternoon, and I am leaving the office at 1 pm with her.

Please let us know your position.

Thank you.

Best regards,
David

---

**From:** Joel Rothman <joel@sriplaw.com>
**Date:** August 26, 2019 at 9:27:11 AM EDT
**To:** Luck, David <David.Luck@lewisbrisbois.com>
**Cc:** Ehrenreich, Todd <Todd.Ehrenreich@lewisbrisbois.com>, Goins, Jonathan <Jonathan.Goins@lewisbrisbois.com>,
Fischman, Jenna <Jenna.Fischman@lewisbrisbois.com>, Rose, John <John.Rose@lewisbrisbois.com>, Perdomo,
Jacqueline <Jacqueline.Perdomo@lewisbrisbois.com>, Ramos, Jetaleen <Jetaleen.Ramos@lewisbrisbois.com>, Simon,
Danielle <Danielle.Simon@lewisbrisbois.com>, Jamie James <jamie.james@sriplaw.com>, Craig Wirth
<craig.wirth@sriplaw.com>
**Subject:** [EXT] RE: Kinon v. Hyatt Corp. -- Meet and Confer re Bill of Costs



David,

You sent the motion after 5pm Friday. You sent your follow up email before 9am Monday. We will review this today and revert to you later on.

Joel



**Los Angeles | Florida | New York**

**Joel B. Rothman**

Board Certified in Intellectual Property Law

21301 Powerline Road, Suite 100

Boca Raton, Florida 33433

Main: (561) 404-4350

Direct: (561) 404-4335

Mobile: (561) 504-3902

joel.rothman@sriplaw.com

**www.sriplaw.com**

Admitted to Practice in: Florida, New York, Georgia; SCT, CA11, CAFC, CA5, CA9, CA2, CA10; and the following federal districts: FLSD, FLMD, FLND, GAND, GASD, GAMD, NYSD, NYED, NYND, NYWD, MIED, MIWD, WIWD, ILND, ILSD, TNWD, ARED, ARWD, TXSD, TXND, TXWD, TXED, COD, DCD, CClaims, and the VA.

**From:** Luck, David <David.Luck@lewisbrisbois.com>

**Sent:** Monday, August 26, 2019 8:36 AM

**To:** Luck, David <David.Luck@lewisbrisbois.com>; Joel Rothman <joel@sriplaw.com>; Ana Moretto <ana.moretto@sriplaw.com>; Jamie James <jamie.james@sriplaw.com>; Craig Wirth <craig.wirth@sriplaw.com>

**Cc:** Ehrenreich, Todd <Todd.Ehrenreich@lewisbrisbois.com>; Goins, Jonathan <Jonathan.Goins@lewisbrisbois.com>; Fischman, Jenna <Jenna.Fischman@lewisbrisbois.com>; Rose, John <John.Rose@lewisbrisbois.com>; Perdomo, Jacqueline <Jacqueline.Perdomo@lewisbrisbois.com>; Ramos, Jetaleen <Jetaleen.Ramos@lewisbrisbois.com>; Simon, Danielle <Danielle.Simon@lewisbrisbois.com>

**Subject:** Re: Kinon v. Hyatt Corp. -- Meet and Confer re Bill of Costs

Joel,

Following up on my email below.

Please let us know your position.

Thank you.

Best regards,
David

---

**From:** Luck, David <David.Luck@lewisbrisbois.com>

**Date:** August 23, 2019 at 5:53:13 PM EDT

**To:** 'Joel Rothman' <joel@sriplaw.com>, Ana Moretto <ana.moretto@sriplaw.com>, Jamie James <jamie.james@sriplaw.com>, Craig Wirth <craig.wirth@sriplaw.com>

**Cc:** Ehrenreich, Todd <Todd.Ehrenreich@lewisbrisbois.com>, Goins, Jonathan <Jonathan.Goins@lewisbrisbois.com>, Fischman, Jenna <Jenna.Fischman@lewisbrisbois.com>, Rose, John <John.Rose@lewisbrisbois.com>, Perdomo,

Jacqueline <Jacqueline.Perdomo@lewisbrisbois.com>, Ramos, Jetaleen <Jetaleen.Ramos@lewisbrisbois.com>, Simon,
Danielle <Danielle.Simon@lewisbrisbois.com>, Luck, David <David.Luck@lewisbrisbois.com>
**Subject:** Kinon v. Hyatt Corp. -- Meet and Confer re Bill of Costs

Joel,

Please let us know whether you agree to any or all costs items included in our attached Bill of
Costs and supporting Memorandum.

Also, if you have any objections to a particular costs item, please specify them.

Thank you.

Best regards,
David

 **David L. Luck**
**Partner**
**David.Luck@lewisbrisbois.com**

**T: 786.725.3250  F: 786.513.2249**

The Alhambra
2 Alhambra Plaza, Suite 1110, Coral Gables, FL 33134  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

## Luck, David

| From: | Luck, David |
|---|---|
| Sent: | Monday, September 09, 2019 1:13 PM |
| To: | Joel Rothman; 'Jamie James'; Ehrenreich, Todd; Fischman, Jenna; Perdomo, Jacqueline; Fernandez, Evelin; jetalee.ramos@lewisbrisbois.com |
| Cc: | Ana Moretto; Craig Wirth; Luck, David |
| Subject: | RE: [EXT] Kinon Surface Design, Inc. v. Hyatt International Corporation, Hyatt International Technical Services, Inc., Hyatt of China Limited, Hyatt International Hotel Management (Beijing) Co., Ltd., China Resources (Dalian) Co., Ltd., Shiji (US) Inc., L |

Any availability for a call for later today?

I am in court tomorrow morning in Broward for motion calendar.  That eats my morning, and then I have to drive back to Miami.

I'd like to just knock out this meet and confer.  Thank you.

Best regards,
David



**David L. Luck**
Partner
David.Luck@lewisbrisbois.com

**T: 786.725.3250  F: 786.513.2249**

The Alhambra
2 Alhambra Plaza, Suite 1110, Coral Gables, FL 33174  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Jamie James [mailto:jamie.james@sriplaw.com]
**Sent:** Monday, September 09, 2019 1:02 PM
**To:** Luck, David; Ehrenreich, Todd; Fischman, Jenna; Perdomo, Jacqueline; Fernandez, Evelin; jetalee.ramos@lewisbrisbois.com
**Cc:** Joel Rothman
**Subject:** [EXT] Kinon Surface Design, Inc. v. Hyatt International Corporation, Hyatt International Technical Services, Inc., Hyatt of China Limited, Hyatt International Hotel Management (Beijing) Co., Ltd., China Resources (Dalian) Co., Ltd., Shiji (US) Inc., Le...

External Email

Counsel,

I left Mr. Luck a message a moment ago.  We need to reschedule the call to tomorrow.

Thank you.

Jamie



**Jamie Christine James**
Paralegal
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
Direct: 561.990.3534
Office:  561.404.4350
Email:  jamie.james@sriplaw.com
www.sriplaw.com

**Luck, David**

| | |
|---|---|
| **From:** | Luck, David |
| **Sent:** | Monday, September 09, 2019 2:09 PM |
| **To:** | Joel Rothman |
| **Cc:** | Ana Moretto; Craig Wirth; Jamie James; Ehrenreich, Todd; Fischman, Jenna; Perdomo, Jacqueline; Fernandez, Evelin; jetalee.ramos@lewisbrisbois.com |
| **Subject:** | RE: [EXT] Kinon Surface Design, Inc. v. Hyatt International Corporation, Hyatt International Technical Services, Inc., Hyatt of China Limited, Hyatt International Hotel Management (Beijing) Co., Ltd., China Resources (Dalian) Co., Ltd., Shiji (US) Inc., L |

Sounds good.

We'll call you at 3.

Thanks, Joel.

---

**From:** Joel Rothman <joel@sriplaw.com>
**Date:** September 9, 2019 at 1:54:26 PM EDT
**To:** Luck, David <David.Luck@lewisbrisbois.com>
**Cc:** Ana Moretto <ana.moretto@sriplaw.com>, Craig Wirth <craig.wirth@sriplaw.com>, Jamie James <jamie.james@sriplaw.com>, Ehrenreich, Todd <Todd.Ehrenreich@lewisbrisbois.com>, Fischman, Jenna <Jenna.Fischman@lewisbrisbois.com>, Perdomo, Jacqueline <Jacqueline.Perdomo@lewisbrisbois.com>, Fernandez, Evelin <Evelin.Fernandez@lewisbrisbois.com>, jetalee.ramos@lewisbrisbois.com <jetalee.ramos@lewisbrisbois.com>
**Subject:** RE: [EXT] Kinon Surface Design, Inc. v. Hyatt International Corporation, Hyatt International Technical Services, Inc., Hyatt of China Limited, Hyatt International Hotel Management (Beijing) Co., Ltd., China Resources (Dalian) Co., Ltd., Shiji (US) Inc., L

David, Sorry about the timing issue.  You can call me directly at 3pm if you like.



**Los Angeles | Florida | New York**
**Joel B. Rothman**
Board Certified in Intellectual Property Law
21301 Powerline Road, Suite 100
Boca Raton, Florida 33433
Main: (561) 404-4350
Direct: (561) 404-4335
Mobile: (561) 504-3902
joel.rothman@sriplaw.com
**www.sriplaw.com**

Admitted to Practice in: Florida, New York, Georgia; SCT, CA11, CAFC, CA5, CA9, CA2, CA10; and the following federal districts: FLSD, FLMD, FLND, GAND, GASD, GAMD, NYSD, NYED, NYND, NYWD, MIED, MIWD, WIWD, ILND, ILSD, TNWD, ARED, ARWD, TXSD, TXND, TXWD, TXED, COD, DCD, CClaims, and the VA.

---

**From:** Luck, David <David.Luck@lewisbrisbois.com>
**Sent:** Monday, September 9, 2019 1:13 PM
**To:** Joel Rothman <joel@sriplaw.com>; Jamie James <jamie.james@sriplaw.com>; Ehrenreich, Todd <Todd.Ehrenreich@lewisbrisbois.com>; Fischman, Jenna <Jenna.Fischman@lewisbrisbois.com>; Perdomo, Jacqueline <Jacqueline.Perdomo@lewisbrisbois.com>; Fernandez, Evelin <Evelin.Fernandez@lewisbrisbois.com>; jetalee.ramos@lewisbrisbois.com
**Cc:** Ana Moretto <ana.moretto@sriplaw.com>; Craig Wirth <craig.wirth@sriplaw.com>; Luck, David <David.Luck@lewisbrisbois.com>
**Subject:** RE: [EXT] Kinon Surface Design, Inc. v. Hyatt International Corporation, Hyatt International Technical Services, Inc., Hyatt of China Limited, Hyatt International Hotel Management (Beijing) Co., Ltd., China Resources (Dalian) Co., Ltd., Shiji (US) Inc., L

Any availability for a call for later today?

I am in court tomorrow morning in Broward for motion calendar.  That eats my morning, and then I have to drive back to Miami.

I'd like to just knock out this meet and confer.  Thank you.

Best regards,
David



**David L. Luck**
Partner
**David.Luck@lewisbrisbois.com**

**T: 786.725.3250  F: 786.513.2249**

The Alhambra
2 Alhambra Plaza, Suite 1110, Coral Gables, FL 33134  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Jamie James [mailto:jamie.james@sriplaw.com]
**Sent:** Monday, September 09, 2019 1:02 PM
**To:** Luck, David; Ehrenreich, Todd; Fischman, Jenna; Perdomo, Jacqueline; Fernandez, Evelin; jetalee.ramos@lewisbrisbois.com
**Cc:** Joel Rothman
**Subject:** [EXT] Kinon Surface Design, Inc. v. Hyatt International Corporation, Hyatt International Technical Services, Inc., Hyatt of China Limited, Hyatt International Hotel Management (Beijing) Co., Ltd., China Resources (Dalian) Co., Ltd., Shiji (US) Inc., Le...

External Email

Counsel,

I left Mr. Luck a message a moment ago.  We need to reschedule the call to tomorrow.

Thank you.

Jamie



**Jamie Christine James**
Paralegal
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
Direct: 561.990.3534
Office:  561.404.4350
Email:  jamie.james@sriplaw.com
www.sriplaw.com