UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  9:18-cv-81065-DMM-DLB

KINON SURFACE DESIGN, INC.,

        Plaintiff,

v.

HYATT CORPORATION,

        Defendant.

_____

**PLAINTIFF'S AGREED MOTION FOR LEAVE TO FILE RESPONSE TO MOTION FOR ATTORNEY'S FEES IN EXCESS OF TWENTY PAGES**

Pursuant to Local Rule 7.1(c)(2), Plaintiff KINON SURFACE DESIGN, INC. by and through its undersigned counsel, file this agreed Motion and respectfully request that the Court enter and Order allowing Kinon to file a Response to Defendant's Motion for hereby moves this Honorable Court for Leave to File Response to Motion for Attorney's Fees in Excess of Twenty Pages and as grounds therefore states as follows:

    1.    Kinon's Response to Hyatt Corp.'s Motoin for Attorney's Fees is due today, November 12, 2019.

    2.    Due to the significant amount of billing entries and analysis required, Kinon has a reasonable need for an additional 10 pages in its Response.

    3.    After conferring with Defendants counsel regarding this request for additional pages, the parties agree that 10 additional pages are appropriate.

    4.    Kinon seeks entry of an Order permitting 10 additional pages in its forthcoming Opposition to Motion for Attorney's Fees, for a new page limit of 30 pages.

5. Kinon also agrees that these additional 10 pages should apply reciprocally to Hyatt's eventual Reply to the Opposition to the Motion for Attorney's Fees.

WHEREFORE, Plaintiff KINON SURFACE DESIGN, INC. respectfully request this Honorable Court enter an Order granting Kinon leave to file a 30-page Opposition to Defendant's Motion for Attorney's Fees and for Defendant to reciprocally receive 10 additional pages for its eventual Reply to the Opposition.

DATED: November 12, 2019   Respectfully submitted,

/s/ Joel B. Rothman
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com
CRAIG A. WIRTH
Florida Bar Number: 125322
craig.wirth@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Kinon Surface Design, Inc.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on November 12, 2019, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

/s/ Joel B. Rothman
JOEL B. ROTHMAN

## SERVICE LIST

Mr. David L. Luck
Mr. Todd Ehrenreich

Lewis Brisbois Bisgaard & Smith, LLP
2 Alhambra Plaza
Suite 110
Coral Gables, FL 33134
david.luck@lewisbrisbois.com
todd.ehrenreich@lewisbrisbois.com
Attorneys for

Mr. Jonathan D. Goins
Lewis Brisbois Bisgaard & Smith, LLP - Atlanta
1180 Peachtree Street, NE
Suite 2900
Atlanta, GA 30309
jonathan.goins@lewisbrisbois.com
Attorneys for Hyatt Corporation